## ISAAC WILLIAM DAY
### v.
## JAMES McCLOSKEY

### 1814

#### JOURNAL ENTRIES

1. Appearance; defendant ruled into custody . . *Journal, infra,* \*p. 421
2. Special bail . . . . . . . . . . . . . " 421
3. Plea; issue; jurors; verdict . . . . . . . " 422
4. Motion for new trial . . . . . . . . . " 422
   [Continued in Vol. II of *Journal,* mss. pp. 425, 426, 427.]

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . .

## JOSEPH LOVELAND
### v.
## JOHN ROGERS

### 1814

#### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 421
2. Special bail . . . . . . . . . . . . . " 421
   [Continued in Vol. II of *Journal,* mss. pp. 423, 440.]

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . .